**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re | ) Chapter 13 |
|     Ludwig Vantrikt | ) |
| | ) No. 17-12976-ELF |
|     Debtor | ) |
| | ) |

### CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection or other responsive pleading to the Application for Compensation of Counsel Fees and respectfully request that the Order attached to the Application be approved.


/s/David M. Offen
David M. Offen
Attorney for Debtor