IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:    Ludwig Vantrikt            )  Chapter 13
          Debtor                     )
                                     )  No. 17-12976-ELF
                                     )
                                     )

### CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Compel JP Morgan Chase Bank, N.A. to Release a Complete Accounting and respectfully request that the Order attached to the Motion be approved.

    /s/David M. Offen
    David M. Offen
    Attorney for Debtor(s)

Date: 12/30/19