**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:        **LUDWIG VANTRIKT,** | : | Chapter 13 |
|  | : |  |
|             **Debtor** | : | Bky.  No. 17-12976 ELF |
|  | : |  |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Compel JP Morgan to Provide an Accounting ("the Motion"), and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that the Motion is **DISMISSED** as **MOOT**.

Date:  February 11, 2020

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**