United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ludwig Vantrikt  
    Debtor

Case No. 17-12976-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Feb 12, 2020  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2020.
db             +Ludwig Vantrikt,   3802 Duffy Lane,   Philadelphia, PA 19154-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2020 at the address(es) listed below:
      DAVID M. OFFEN    on behalf of Debtor Ludwig  Vantrikt dmo160west@gmail.com,
       davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      KEVIN S. FRANKEL    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
       pa-bk@logs.com
      MATTEO SAMUEL WEINER    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                  TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **In re:** | **LUDWIG VANTRIKT,** | : | Chapter 13 |
| | | : | |
| | **Debtor** | : | Bky. No. 17-12976 ELF |
| | | : | |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Compel JP Morgan to Provide an Accounting ("the Motion"), and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that the Motion is **DISMISSED** as **MOOT**.

Date:  February 11, 2020

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**