Certificate Number: 12433-PAE-DE-036832610

Bankruptcy Case Number: 17-12976



12433-PAE-DE-036832610

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 14, 2022, at 10:31 o'clock PM EDT, Ludwig Vantrikt completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 15, 2022                By:    /s/Lisa Susoev

                                          Name:  Lisa Susoev

                                          Title: Teacher