United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                 Case No. 17-12976-elf

Ludwig Vantrikt                                           Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                               User: admin                                         Page 1 of 3

Date Rcvd: Sep 15, 2022                     Form ID: 138OBJ                             Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ludwig Vantrikt, 3802 Duffy Lane, Philadelphia, PA 19154-1524 |
| 13908597 | + | City of Philadelphia, 1401 Arch Street, 5th Floor, Philadelphia, PA 19102-1525 |
| 14405515 | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, c/o KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150 King of Prussia, PA 19406-4702 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 15 2022 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 13908596 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 15 2022 23:54:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 13935301 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 15 2022 23:54:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 13999672 | | Email/Text: megan.harper@phila.gov | Sep 15 2022 23:54:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13989500 | | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2022 23:54:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 13908595 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2022 23:58:47 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 13908598 | + | Email/Text: megan.harper@phila.gov | Sep 15 2022 23:54:00 | City of Philadelphia, Dept. of Revenue, Municipal Services Building Concourse, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102-1617 |
| 13908593 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 15 2022 23:54:00 | Bureau of UC Benefits & Allowances, ATTN: UI Payment Services, P.O. Box 67503, Harrisburg, PA 17106-7503 |
| 13908599 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Sep 15 2022 23:54:00 | Freedom Credit Union, 626 Jacksonville Rd Ste, Warminster, PA 18974-4862 |
| 14019649 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 15 2022 23:58:53 | J.P. Morgan Chase National Association, c/o Chase Records Center, Attention: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, La 71203 |
| 13976515 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 15 2022 23:58:49 | JPMorgan Chase Bank, National Association, c/o Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 13908594 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 15 2022 23:58:49 | Chase Mortgage, 3415 Vision Dr, Columbus, OH 43219 |
| 13984045 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 15 2022 23:54:00 | MIDLAND FUNDING LLC, PO BOX 2011, |

Case 17-12976-elf   Doc 60   Filed 09/17/22   Entered 09/18/22 00:29:36   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 15, 2022 | Form ID: 138OBJ | Total Noticed: 24 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | WARREN, MI 48090-2011 |
| 14000004 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Sep 15 2022 23:54:00 | PA Department of Labor and Industry, Office of UC Benefits Policy, 651 Boas Street, 6th Floor, Harrisburg, PA 17121-0725 |
| 13910241 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 15 2022 23:58:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13908600 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 15 2022 23:54:00 | Pennsylvania Department of Revenue, Dept 280946, Harrisburg, PA 17128-0496 |
| 13923718 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 15 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13936381 | | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2022 23:54:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13908601 | | Email/Text: ssa.bankruptcy@ssa.gov | Sep 15 2022 23:54:00 | Social Security Admininstration, Mid Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2992 |
| 13908602 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2022 23:58:50 | Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13908603 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2022 23:58:53 | Synchrony Bank/ JC Penney, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 17, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Ludwig Vantrikt dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 15, 2022 | Form ID: 138OBJ | Total Noticed: 24 |

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN S. FRANKEL
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pa-bk@logs.com

MATTEO SAMUEL WEINER
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Ludwig Vantrikt

        Debtor(s)                Case No: 17−12976−elf

                                                                Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                            900 Market Street
                              Suite 400
                          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/15/22